```
 1  Ronald L. Richman, SBN 139189
    Susan J. Olson, SBN 152467
 2  Edward D. Winchester, SBN 271500
    Bullivant Houser Bailey PC
 3  601 California Street, Suite 1800
    San Francisco, California 94108
 4  Telephone: 415.352.2700
    Facsimile: 415.352.2701
 5  E-Mail: ron.richman@bullivant.com
    E-Mail: susan.olson@bullivant.com
 6  E-Mail: edward.winchester@bullivant.com

 7  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>MURRAY STEVEN WEBER, dba WEBER TRACTOR SERVICE,<br><br>Defendant. | Case No.: CV 12-02038 EMC<br><br>**CASE MANAGEMENT STATEMENT; ORDER THEREON**   ORDER RESETTING CMC<br><br>Date:    August 10, 2012<br>Time:    9:00 a.m.<br>Ctroom:  5, 17th Floor<br>         Hon. Edward M. Chen |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs, | Case No.: CV 12-02039 EMC |

| | |
|---|---|
| 1 | vs. |
| 2 | MURRAY STEVEN WEBER, dba WEBER TRACTOR SERVICE, |
| 3 | |
| 4 | Defendant. |

Plaintiffs hereby provide this abbreviated case management conference statement.

Plaintiffs and Defendant, in both consolidated cases, reached a settlement of this action. The parties are finalizing the settlement documents. It is anticipated that the settlement documents will be finalized and that this case will be dismissed, without prejudice, on or before August 24, 2012. Based on the above, Plaintiffs respectfully request that this Court continue the August 10, 2012 Case Management Conference for approximately two weeks.

DATED: August 1, 2012

BULLIVANT HOUSER BAILEY PC

By _[signature]_
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
2
## ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the August 10, 2012 case management conference be continued to August __31__, 2012 at 9:00 a.m.., Courtroom 5, 17th floor. If the dismissal is filed before the new date set for the case management conference, the case management conference will be vacated.

DATED: August _7_, 2012

By _____
HO_____JUDGE
UNI_____
[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Edward M. Chen]
[Seal: United States District Court, Northern District of California]

13837511.1

— 3 —

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of Augustl, 2012, I caused to be served the foregoing

**Case Management Statement; Order Thereon**

MURRAY STEVEN WEBER
dba WEBER TRACTOR SERVICE
867 2nd Avenue, Suite e
Redwood City, CA 94063

by:

☒ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ other (specify) _____

_____
Terry S. Bremer

13837511.1

— 1 —
CASE MANAGEMENT STATEMENT; ORDER THEREON