Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California  94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com
E-Mail:  edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE
LABORERS HEALTH AND WELFARE
TRUST FUND FOR NORTHERN
CALIFORNIA; BOARD OF TRUSTEES OF
THE LABORERS VACATION-HOLIDAY
TRUST FUND FOR NORTHERN
CALIFORNIA; BOARD OF TRUSTEES OF
THE LABORERS PENSION TRUST FUND
FOR NORTHERN CALIFORNIA; and
BOARD OF TRUSTEES OF THE
LABORERS TRAINING AND RETRAINING
TRUST FUND FOR NORTHERN
CALIFORNIA,

                    Plaintiffs,

          vs.

MURRAY STEVEN WEBER, dba WEBER
TRACTOR SERVICE,

                    Defendant.

Case No.: CV 12-02038 EMC

**CASE MANAGEMENT STATEMENT;
ORDER THEREON**   ORDER RESETTING CMC

Date:       August 10, 2012
Time:       9:00 a.m.
Ctroom:   5, 17th Floor
               Hon. Edward M. Chen

BOARD OF TRUSTEES OF THE CEMENT
MASONS HEALTH AND WELFARE TRUST
FUND FOR NORTHERN CALIFORNIA;
BOARD OF TRUSTEES OF THE CEMENT
MASONS VACATION-HOLIDAY TRUST
FUND FOR NORTHERN CALIFORNIA;
BOARD OF TRUSTEES OF THE CEMENT
MASONS PENSION TRUST FUND FOR
NORTHERN CALIFORNIA; AND BOARD
OF TRUSTEES OF THE CEMENT MASONS
TRAINING TRUST FUND FOR NORTHERN
CALIFORNIA,
                    Plaintiffs,

Case No.: CV 12-02039 EMC

– 1 –

1        vs.

2 MURRAY STEVEN WEBER, dba WEBER
TRACTOR SERVICE,

3             Defendant.

4

5

      Plaintiffs hereby provide this abbreviated case management conference statement.

6

      Plaintiffs and Defendant, in both consolidated cases, reached a settlement of this action.

7

8 The parties are finalizing the settlement documents.  It is anticipated that the settlement

9 documents will be finalized and that this case will be dismissed, without prejudice, on or before

10 August 24, 2012.  Based on the above, Plaintiffs respectfully request that this Court continue the

11 August 10, 2012 Case Management Conference for approximately two weeks.

12 DATED:  August 1, 2012

13                    BULLIVANT HOUSER BAILEY PC

14

15          By                               

16             Ronald L. Richman
            Susan J. Olson

17             Attorneys for Plaintiffs

18

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

CASE MANAGEMENT STATEMENT; ORDER THEREON

## ORDER

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the August 10, 2012 case management conference be continued to August ___31___, 2012 at 9:00 a.m.., Courtroom 5, 17th floor.  If the dismissal is filed before the new date set for the case management conference, the case management conference will be vacated.

DATED:  August _7_, 2012

By _____
HON.
UNITED STATES _____ JUDGE

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

13837511.1

CASE MANAGEMENT STATEMENT; ORDER THEREON

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of Augustl, 2012, I caused to be served the foregoing

**Case Management Statement; Order Thereon**

MURRAY STEVEN WEBER
dba WEBER TRACTOR SERVICE
867 2nd Avenue, Suite e
Redwood City, CA 94063

by:

☒    U.S. Postal Service, ordinary first class mail
☐    U.S. Postal Service, certified or registered mail,
       return receipt requested
☐    hand delivery
☐    other (specify) _____

_____
Terry S. Bremer

13837511.1

---

— 1 —

CASE MANAGEMENT STATEMENT; ORDER THEREON