Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com
E-Mail: edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>MURRAY STEVEN WEBER, dba WEBER TRACTOR SERVICE,<br><br>Defendant. | Case No.: CV 12-02038 EMC<br><br>**CASE MANAGEMENT STATEMENT; ORDER THEREON**<br><br>ORDER RESETTING CMC<br><br>Date:    August 31, 2012<br>Time:    9:00 a.m.<br>Ctroom:  5, 17th Floor<br>         Hon. Edward M. Chen |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs, | Case No.: CV 12-02039 EMC |

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | vs.                                                          |
| 2  | MURRAY STEVEN WEBER, dba WEBER TRACTOR SERVICE,              |
| 3  |                                                              |
| 4  | Defendant.                                                   |

Plaintiffs hereby provide this abbreviated case management conference statement.

Plaintiffs and Defendant, in both consolidated cases, reached a settlement of this action. The parties have finalized the settlement documents. It was anticipated that by August 30, 212, Defendants would have complied with the fully executed settlement agreement and this case would be dismissed. However, Defendants requested two extra weeks to comply with the fully executed settlement documents. Plaintiffs granted the request since the settlement agreement was fully executed. Therefore, within the next 30 days, either Plaintiffs will file a dismissal of this case or file a Stipulated Judgment against Defendants. This case will not proceed to litigation.

Based on the above, Plaintiffs respectfully request that this Court continue the August 31, 2012 Case Management Conference for approximately thirty days.

DATED: August 24, 2012

                                    BULLIVANT HOUSER BAILEY PC

                                    By _____
                                         Ronald L. Richman
                                         Susan J. Olson

                                    Attorneys for Plaintiffs

/ / /

/ / /

/ / /

/ / /

CASE MANAGEMENT STATEMENT; ORDER THEREON

**ORDER**

Pursuant to the Plaintiffs' request to continue the case management conference and good cause appearing:

IT IS HEREBY ORDERED that the August 31, 2012 case management conference be continued to ~~September ___, 2012~~ October 26, 2012 at 9:00 a.m.., Courtroom 5, 17th floor. If the dismissal is filed before the new date set for the case management conference, the case management conference will be vacated.

DATED: August 29, 2012

By _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2012, I caused to be served the foregoing

**Case Management Statement; Order Thereon**

    MURRAY STEVEN WEBER
    dba WEBER TRACTOR SERVICE
    867 2nd Avenue, Suite e
    Redwood City, CA 94063

by:

[X] U.S. Postal Service, ordinary first class mail
[ ] U.S. Postal Service, certified or registered mail, return receipt requested
[ ] hand delivery
[ ] other (specify) _____

_____
Terry S. Bremer

13856771.1