Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com
E-Mail: edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>MURRAY STEVEN WEBER, dba WEBER TRACTOR SERVICE,<br><br>Defendant. | Case No.: CV 12-02038 EMC and C12-2039 EMC<br><br>**CASE MANAGEMENT STATEMENT; ORDER THEREON**<br>ORDER RESETTING CMC TO 11/30/12<br><br>Date: October 26, 2012<br>Time: 9:00 a.m.<br>Ctroom: 5, 17th Floor<br>Hon. Edward M. Chen |
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; AND BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs, | Case No.: CV 12-02039 EMC |

– 1 –
CASE MANAGEMENT STATEMENT; ORDER THEREON

1  | vs.
2  | MURRAY STEVEN WEBER, dba WEBER TRACTOR SERVICE,
3  |
4  | Defendant.

5

6   Plaintiffs hereby provide this abbreviated case management conference statement.

7   Plaintiffs and Defendant, in both consolidated cases, reached a settlement of this action. The parties have finalized the settlement documents. It was anticipated that by August 30, 212, Defendants would have complied with the fully executed settlement agreement and this case would be dismissed. However, Defendants requested two extra weeks to comply with the fully executed settlement documents. Plaintiffs granted the request since the settlement agreement was fully executed.

   Pursuant to the settlement agreement, defendants were to make monthly installment payments. Upon receipt of the first installment payment, Plaintiffs would dismiss this case without prejudice. Upon receipt of the final installment payment, Plaintiffs would dismiss this case with prejudice. Even after providing Defendants with a further extension of time, Defendants failed to make any installment payment and are in default of the settlement agreement.

   Plaintiffs advised defendants that they are in default of the settlement agreement. Defendants were given ten (10) days to cure the default, pursuant to the terms of the settlement agreement. Defendants failed to cure the default.

   The settlement agreement also contains a stipulation for entry of judgment should defendants be in default and fail to cure the default. Plaintiffs will file a motion for entry of judgment within the next 30 days. This case will not proceed to litigation.

/ / /
/ / /
/ / /
/ / /

1   Based on the above, Plaintiffs respectfully request that this Court continue the October
2   26, 2012 Case Management Conference for approximately thirty days.
3   DATED: October 17, 2012

4                                               BULLIVANT HOUSER BAILEY PC

6                                               By _____
                                                   Ronald L. Richman
7                                                  Susan J. Olson

8                                               Attorneys for Plaintiffs

## ORDER

11   Pursuant to the Plaintiffs' request to continue the case management conference and good
12   cause appearing:

13   IT IS HEREBY ORDERED that the October 26, 2012 case management conference be
14   continued to November __30__, 2012 at 9:00 a.m.., Courtroom 5, 17th floor. If the motion for
15   entry of judgment is filed before the new date set for the case management conference, the case
16   management conference will be vacated.

17   DATED: October __23__, 2012

19   By _____

**IT IS SO ORDERED**
Judge Edward M. Chen

# PROOF OF SERVICE

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey, PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On October 17, 2012, I served the document(s) entitled:

**CASE MANAGEMENT STATEMENT; ORDER THEREON**

upon the following party(ies):

> MURRAY STEVEN WEBER
> dba WEBER TRACTOR SERVICE
> 867 2nd Avenue, Suite e
> Redwood City, CA 94063

☐ <u>BY E-MAIL VIA PDF FILE</u>: By transmitting on this date via e-mail a true and correct copy scanned into an electronic file Adobe "pdf" format. The transmission was reported as complete and without error.

☒ <u>BY MAIL</u> (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

☐ <u>BY FACSIMILE TRANSMISSION</u> (CCP § 1013(e), CRC 2008(e)): I transmitted the document(s) by facsimile transmission by placing it(them) in a facsimile machine (telephone number 415-352-2701) and transmitting it(them) to the facsimile machine telephone number(s) listed above. A transmission report was properly issued by the transmitting facsimile machine. Each transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

☐ <u>BY OVERNIGHT DELIVERY</u> (CCP § 1013(c)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

– 1 –

☐ BY PERSONAL SERVICE UPON AN ATTORNEY (CCP § 1011(a)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a receptionist or a person authorized to accept same at the address on the envelope, or, if no person was present, by leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

☐ BY PERSONAL SERVICE UPON A PARTY (CCP § 1011(b)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17, 2012, at San Francisco, California.

_____
Terry S. Bremer

13900328.1