**United States District Court**
For the Northern District of California

1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8    BOARD OF TRUSTEES OF THE                    No. C-12-2038 EMC
     LABORERS HEALTH AND WELFARE
9    TRUST FUND FOR NORTHERN                     **RELATED TO**
     CALIFORNIA, *et al.*,
10                                               No. C-12-2039 EMC
                    Plaintiffs,
11
            v.                                   **ORDER GRANTING PLAINTIFFS'**
12                                               **MOTIONS FOR ENTRY OF**
     MURRAY STEVEN WEBER, *dba Weber*            **JUDGMENT**
13   *Tractor Service*,
                                                 **(Docket No. 19)**
14                  Defendant.
     _____/
15

16   BOARD OF TRUSTEES OF THE CEMENT
     MASONS HEALTH AND WELFARE
17   TRUST FUND FOR NORTHERN
     CALIFORNIA, *et al.*,
18
                    Plaintiffs,
19
            v.
20
     MURRAY STEVEN WEBER, *dba Weber*
21   *Tractor Service*,

22                  Defendant.
     _____/
23

24

25

26          Currently pending before the Court are Plaintiffs' motions for entry of judgment – one for

27   Case No. C-12-2038 EMC case and one for Case No. C-12-2039 EMC.  No opposition briefs have

28   been filed.

**United States District Court**
For the Northern District of California

1   In each case, Plaintiffs sued Defendant Murray Steven Weber for failure to make

2   contributions to employee trust funds.  In each case, Plaintiffs and Mr. Weber settled the action.  In

3   the first action, Mr. Weber agreed to pay the trust funds at issue the sum of $40,294.83 (in 24

4   monthly installments of $1,678.95).  In the second action, Mr. Weber agreed to pay the sum of

5   $91,411.65 (in 24 monthly installments of $3,808.82).  In each case, the parties agreed that Mr.

6   Weber would have up to 10 days to cure a default upon receipt of a written notice of default to be

7   telefaxed to him.  The parties also agreed that, upon failure to cure, the entire remaining balance

8   would become immediately due and payable.  Finally, in stipulations attached to the settlement

9   agreements, the parties agreed that this Court would retain jurisdiction to enforce the settlement

10  agreements.  *See generally* Hagan Decls., Exs. A (settlement agreements).

11          In each case, Mr. Weber failed to make any monthly installment within the agreed-upon

12  timeframe.  *See* Hagan Decls. ¶ 9.  Thereafter, Plaintiffs sent notices of written default to Mr.

13  Weber.  *See* Richman Decls., Exs. A (notices).  Mr. Weber failed to cure the defaults.  *See* Hagan

14  Decls. ¶ 11.  Accordingly, under the terms of the parties' settlement agreement, the principal became

15  immediately due and payable.  The Court therefore agrees with Plaintiffs that they are entitled to

16  judgment in the following amounts: $40,294.83 in Case No. C-12-2038 EMC and $91,411.65 in

17  Case No. C-12-2039 EMC.

18          The only question remaining is whether Plaintiffs are entitled to post-judgment interest at the

19  rate of 10% (as requested in their proposed judgments).  Title 28 U.S.C. § 1961 provides for post-

20  judgment interest, *see* 28 U.S.C. § 1961(a) (providing that "[i]nterest shall be allowed on any money

21  judgment in a civil case recovered in a district court"), but "at a rate equal to the weekly average 1-

22  year constant maturity Treasury yield, as published by the Board of Governors of the Federal

23  Reserve System, for the calendar week preceding the date of the judgment."  *Id.*  Plaintiffs have not

24  provided any explanation as to why this rate should not apply in the instant case or why the

25  proposed 10% rate is otherwise justified.  Accordingly, the Court shall allow for post-judgment

26  interest but at the rate provided for in § 1961.  *See*

27  http://www.uscourts.gov/FormsAndFees/Fees/PostJudgementInterestRates.aspx (last visited

28

1    November 27, 2012); http://www.federalreserve.gov/releases/h15/current/ (last visited November

2    27, 2012).

3          This order disposes of Docket No. 19 in each case.

4

5          IT IS SO ORDERED.

6

7    Dated:  December 10, 2012

8                                                    _____
                                                     EDWARD M. CHEN

9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California